UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORSI, et al., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>EAGLE PUBLISHING, INC. )<br>)<br>  Defendant. )<br>_____ ) | Case No. 1:07-cv-02004-ESH |

**CERTIFICATE PURSUANT TO RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE AND THE LOCAL RULES OF COURT**

  I, the undersigned counsel of record for Defendant Eagle Publishing, Inc., certify that to the best of my knowledge and belief, Eagle Publishing, Inc. has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

  These representations are made in order that judges of this court may determine the need for recusal.

              Respectfully submitted,

              */s/ Mark I. Bailen*
              Bruce W. Sanford (356568)
              Mark I. Bailen (459623)
              Laurie A. Babinski (976505) (admission pending)
              BAKER & HOSTETLER LLP
              1050 Connecticut Avenue N.W.
              Suite 1100
              Washington, D.C. 20036
              Tel: (202) 861-1500
              Fax: (202) 861-1783

              *Attorneys for Defendant*
              *Eagle Publishing, Inc.*