UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEROME CORSI, et al., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-02004-ESH |
| EAGLE PUBLISHING, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant's motion to dismiss [#3] is **GRANTED**. The Court will dismiss with prejudice Counts V, VI and VIII of plaintiffs' complaint for failure to state a claim under Rule 12(b)(6) and will dismiss without prejudice the remaining counts under Rule 12(b)(7). Accordingly, the above-captioned complaint is dismissed.

**SO ORDERED.**

                                                       /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

Date: January 30, 2008